UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Associated Merchandise
Group, Inc., et al.</u>

    v.                                       Civil No. 11-cv-311-PB

<u>American Marketing and
Capital, Inc., et al.</u>

<u>ORDER OF RECUSAL</u>

I hereby recuse myself from this case.

SO ORDERED.

                                                        _____
                                                        Landya B. McCafferty
                                                        United States Magistrate Judge

Date:  September 27, 2011

cc:  Anna B. Hantz, Esq.
     Matthew G. Stachowske, Esq.
     Christine K. Bush, Esq.
     Craig M. Scott, Esq.