UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Associated Merchandise Group, Inc, et al

        v.                                    Civil No. 11-cv-311-PB

American Marketing and Capital Inc. et al

O R D E R

Plaintiffs have alleged sufficient facts in the amended petition to warrant jurisdictional discovery. The parties shall meet and confer and agree on a plan for jurisdictional discovery, which shall be filed within 14 days. The motion for jurisdictional discovery (document number 18) is granted. The original motion to dismiss (document number 16) is denied as moot in light of the filing of the amended complaint. The motion to dismiss the amended petition (document number 28) is denied without prejudice in light of my order allowing jurisdictional discovery. A new motion to dismiss shall be filed within 14 days of the completion of jurisdictional discovery. No answer shall be due until after the court rules on the new motion to dismiss. The motion for leave to file a reply (document number 29) is denied as moot.

        SO ORDERED.

November 14, 2011                                 /s/ Paul Barbadoro
                                                            Paul Barbadoro
                                                            United States District Judge

cc:     Counsel of Record