UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Associated Merchandise Group, Inc., Cool Comfort Technologies, Inc. and Digital Dye, Inc.<br>    Petitioners,<br><br>                    v.<br><br>American Marketing and Capital, Inc., and CCT Lending, LLC<br>    Respondents. | Docket No. 1:11-CF-00311-PB |

## **ORDER DISCHARGING SECURITY**

Patent Application

    A.    It is ordered that any and all liens and security interest in the Cool Comfort Technologies Patent Application (United States Patent Application Number 12/334,682) held by American Marketing and Capital, Inc. and/or CCT Lending, LLC are hereby discharged and released; and

    B.    Petitioners are hereby authorized to record all documents necessary including a Discharge of Lien and Security Agreement on behalf of American Marketing and Capital, Inc. and CCT Lending, LLC against the Cool Comfort Technologies Patent Application (Patent Application Number 12/334,682) with the United States Patent Office; and

UCC filings

    C.    It is ordered that any and all obligations, liens, security interests and financing statements held by American Marketing and Capital, Inc. and/or CCT Lending, LLC, against any of Cool Comfort Technologies, Inc. (formerly known as 32 Degrees, Inc.), Digital Dye, Inc. and Associated Merchandise Group, Inc. are

hereby declared discharged and released in connection with the Loan Transaction which is the subject of this matter, including without limitation, Financing Statement #2090001965842-46 filed in the State of Maine Department of the Secretary of State against Cool Comfort Technologies, Inc. (formerly known as 32 Degrees, Inc.), Digital Dye Inc., and Associated Merchandise Group, Inc. as Debtors, and Financing Statement #2010 02180853 filed in the State of Delaware Secretary of State against Cool Comfort Technologies, Inc. as Debtor; and

D. That Cool Comfort Technologies, Inc. (formerly known as 32 Degrees, Inc.), Digital Dye, Inc. and Associated Merchandise Group, Inc. are each hereby authorized and ordered to file all documents necessary to discharge and release all such obligations, liens, security interests and financing statements, including this Order and/or Termination Statements under the Uniform Commercial Code ("UCC"), with the State of Maine Department of the Secretary of State and State of Delaware Secretary of State with respect to the Financing Statements referred to in C above and in any other jurisdiction in which any UCC financing statement are filed by American Marketing and Capital, Inc. and/or CCT Lending, LLC, against Cool Comfort Technologies, Inc. (formerly known as 32 Degrees, Inc.), Digital Dye, Inc., and/or Associated Merchandise Group, Inc. as Debtors with respect to the Loan Transaction which is the subject of this matter.

So Ordered.   /s/ Paul Barbadoro
              Judge Paul J. Barbadoro

05/03/2012

cc: Counsel of Record