UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Associated Merchandise Group, Inc., Cool Comfort Technologies, Inc. and Digital Dye, Inc.<br>    Petitioners,<br><br>                v.<br><br>American Marketing and Capital, Inc., and CCT Lending, LLC<br>    Respondents. | Docket No. 1:11-CF-00311-PB |

## ORDER FOR FINAL JUDGMENT

Judgment is entered in favor of Petitioners Associated Merchandise Group, Inc., Cool Comfort Technologies, Inc. and Digital Dye, Inc. and against American Marketing and Capital, Inc. ("AMAC") on the Petitioners' claims for declaratory relief:

A. A certain loan transaction entered by the Petitioners and AMAC on or about August 20, 2008 pursuant to a Line of Credit Loan Agreement, Revolving Credit Note, and Security Agreement (together the "Loan Documents" and "Loan Transaction") is hereby declared void and unenforceable because the Loan Transaction violates New Hampshire financial disclosure laws (NH RSA 399-B:2) and Massachusetts and Rhode Island criminal usury statutes (MGL Chap 271 sec 49 and RI Gen Laws sec. 6-26-2);

B. AMAC's handling of the Loan Transaction willfully violated the consumer protection statutes of New Hampshire, Massachusetts, Rhode Island and Maine entitling the Petitioners to multiple damages, attorneys' fees and costs;

C. Petitioners' claims for damages are withdrawn without prejudice.

So Ordered.                                              /s/ Paul Barbadoro
                                                                 Judge Paul J. Barbadoro

May 22, 2012

cc: Counsel of Record